UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YUSUF RAHIM BEY,

      Plaintiff,

                                    File No. 1:13-CV-1173

v.

                                    HON. ROBERT HOLMES BELL

ALFRED M. BUTZBAUGH, et al.,

      Defendants.
                                /

**MEMORANDUM OPINION AND ORDER
ADOPTING REPORT AND RECOMMENDATION**

On September 25, 2014, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") recommending that Plaintiff's claims against Defendant Diggs be dismissed without prejudice; Plaintiff's claims based on alleged injury stemming from a state-court judgment or seeking appellate review thereof be dismissed for lack of subject-matter jurisdiction; and Defendants' motion for summary judgment (ECF No. 29) be granted; and that judgment be entered in favor of Defendants Butzbaugh, Stine, and Cotter on all remaining claims. This matter is before the Court on Plaintiff's objections to the R&R. (ECF No. 47.)

This Court makes a *de novo* determination of those portions of an R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). "[A] general objection to a magistrate's report, which fails to specify the issues of contention, does not satisfy the requirement that an objection be filed. The objections must be clear enough to enable the district court to discern those issues that are dispositive and contentious." *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). The Court may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations. *Id.*

The Court cannot discern any specific objections that Plaintiff has made to the R&R. Plaintiff has made several allegations against the Court, including:

> The Court ruling has also turned the plaintiff case into the defendant's case. {This show Perjury and Bias toward the Plaintiff.}
>
> The Plaintiff feel the Court have no jurisdiction to make the orders/Ruling that they have. And all orders must be rescinded. And the plaintiff Yusuf Rahim Bey © be restored to its original status.
>
> Since this court ruled all Constitution and Treaties Rights and privileges are invalided.
>
> This shows the plaintiff theses defendants and this court does not honor The Constitution of the United States of America and the State of Michigan. . . . By not honoring their Oath of Office, which is a felony and an act of TREASON.

These allegations do not respond specifically to any of the Magistrate Judge's proposed findings of fact or discussion of law. Plaintiff provides no analysis or support for his ambiguous objections. "[T]he failure to file specific objections to a magistrate's report constitutes a waiver of those objections." *Cowherd v. Million*, 380 F.3d 909, 912 (6th Cir. 2004).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's objections (ECF No. 47) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the September 25, 2014, R&R (ECF No. 45) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Diggs are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 29) is granted and judgment is entered in favor of Defendants Butzbaugh, Stine, and Cotter on all remaining claims.

Dated: October 14, 2014    /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE